SLIP OPINION

Cite as 2015 Ark. 385

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** October 22, 2015

IN RE ARKANSAS SUPREME
COURT COMMISSION ON
CHILDREN, YOUTH, AND
FAMILIES

**PER CURIAM**

Representative David Meeks, Dr. Karen Farst, and Mary Claire Hyatt are appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for three-year terms to expire on December 31, 2018. We reappoint Judge Wiley Branton, Jr., Judge Ken Coker, Jr., Dr. Sherece West, and Ms. Claire Babineaux-Fontenot for three-year terms to expire on December 31, 2018. We recognize Johnny Key, Commissioner of Education, as a standing member of the commission. We thank all of them for their willingness to serve on this important committee. We designate Justice Rhonda K. Wood to succeed Retired Chief Justice Jim Hannah as chair.

The court expresses its gratitude to outgoing members: Retired Chief Justice Jim Hannah, Dr. Tom Kimbrell, Dr. Tony Woods, John Selig, Senator Missy Irvin, Representative Stephanie Malone, Dr. Jonathan Bates, and Ms. Sedella White for their years of valuable service to this commission.